UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:18-CR-101-D-3

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER TO SEAL |
| TEMEKA SHIREE ECHOLS | |

On motion of the Defendant, Temeka Shiree Echols, and for good cause shown, it is hereby ORDERED that the **[DE 41]** be sealed until further notice by this Court.

IT IS SO ORDER.

This 13 day of June, 2018.

JAMES C. DEVER III
Chief United States District Judge