UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| UNITED STATES OF AMERICA | CASE # 5:18-CR-00101-D |
|---|---|
| v. | |
| TEMEKA SHIREE ECHOLS | SEALED |

## ORDER

Upon motion of the United States, it is hereby ORDERED Docket Entry Number 102 be

SEALED until such time as requested to be unsealed by the United States Attorney.

It is FURTHER ORDERED that the Clerk provide a signed copy of the Order to the United

States Attorney's Office.

IT IS SO ORDERED, this the __18__ day of December, 2018.


JAMES C. DEVER III
United States District Judge