UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:18-CR-101-D-3

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER TO SEAL |
| TEMEKA SHIREE ECHOLS | |

On motion of the Defendant, Temeka Shiree Echols, and for good cause shown, it is hereby ORDERED that DE 239 be sealed until further notice by this Court.

IT IS SO ORDERED.

This __27__ day of October, 2020.

JAMES C. DEVER III
United States District Judge