UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO.5:18-CR-101-D-3

UNITED STATES OF AMERICA

v.

TEMEKA SHIREE ECHOLS

ORDER TO SEAL

On motion of the Defendant, Temeka Shiree Echols, and for good cause shown, it is

hereby ORDERED that DE 252 be sealed until further notice by this Court.

IT IS SO ORDERED.

This _15_ day of December 2020.

JAMES C. DEVER III
United States District Judge